IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 3:07-CR-317-WKW** |
| | ) | |
| | ) | |
| **ROBERT DOUGLAS BARNETT** | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Christine A. Freeman, and enters her appearance as counsel for **ROBERT DOUGLAS BARNETT**, in the above-styled matter.

Dated this 18th day of December 2007.

    Respectfully submitted,

    **s/Christine A. Freeman**
    **CHRISTINE A. FREEMAN**
    **TN BAR NO.: 11892**
    Federal Defenders
    Middle District of Alabama
    201 Monroe Street, Suite 407
    Montgomery, AL 36104
    TEL: (334) 834-2099
    FAX: (334) 834-0353
    E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Nathan Stump, Assistant United States Attorney, 131 Clayton Street, Montgomery, AL.

                                       **s/Christine A. Freeman**
                                       **CHRISTINE A. FREEMAN**
                                       **TN BAR NO.: 11892**
                                       Federal Defenders
                                       Middle District of Alabama
                                       201 Monroe Street, Suite 407
                                       Montgomery, AL 36104
                                       TEL:  (334) 834-2099
                                       FAX:  (334) 834-0353
                                       E-Mail: Christine_Freeman@fd.org