IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 3:07-CR-317-WKW |
| | ) | |
| | ) | |
| ROBERT DOUGLAS BARNETT | ) | |

## MOTION TO PERMIT LATE FILING

NOW COMES the Defendant, **ROBERT DOUGLAS BARNETT**, by counsel, and respectfully requests permission to file the simultaneously filed Motion to Suppress.

In support of said Motion, counsel would show that the Arraignment Order set the due date for such motions for January 9, 2008. However, counsel was in court from 9:00 a.m. until 3:30 p.m. on that date and was unable to complete all pending motions. Further, counsel had failed to calendar Mr. Barnett's case for pretrial conferences on January 11, and did not discover until late on January 10 that said motion was due.

Wherefore, counsel requests this Motion be granted.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Nathan Stump, Assistant United States Attorney, 131 Clayton Street, Montgomery, AL.

> s/Christine A. Freeman
> **CHRISTINE A. FREEMAN**
> **TN BAR NO.: 11892**
> Federal Defenders
> Middle District of Alabama
> 201 Monroe Street, Suite 407
> Montgomery, AL 36104
> TEL:  (334) 834-2099
> FAX:  (334) 834-0353
> E-Mail: Christine_Freeman@fd.org