IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 3:07-cr-317-WKW |
| | ) | |
| **ROBERT DOUGLAS BARNETT** | ) | |

UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, **Robert Douglas Barnett**, by and through undersigned counsel and pursuant to 18 U.S.C. § 3161(h), and respectfully requests that this Court continue this matter from the March 10, 2008 trial term to the next trial term of this Court.

In support of this motion, the Defendant would show that such continuance will serve the ends of justice, in that failure to grant a continuance would deny counsel for the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(8)(B)(iv).

In further support, Mr. Barnett would show the following:

1. The government does not oppose this Motion.

2. Additional time is required to complete investigation of this matter.

3. Additional time is also needed to allow the Court to fully address the issues in the motion to suppress pending before the Court.

4. Trial preparation cannot be completed on or before the presently scheduled trial date.

**WHEREFORE**, the Defendant prays that this Motion be granted and that the trial be continued from the March 10, 2008 trial term to the next appropriate Opelika criminal trial term assigned to this Court.

>Respectfully submitted,
>
>**s/ Christine A. Freeman**
>**CHRISTINE A. FREEMAN**
>**TN BAR NO.: 11892**
>Federal Defenders
>Middle District of Alabama
>201 Monroe Street, Suite 407
>Montgomery, Alabama 36104
>TEL: (334) 834-2099
>FAX: (334) 834-0353
>E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Nathan Stump, Esq., Assistant United States Attorney.

>**s/ Christine A. Freeman**
>**CHRISTINE A. FREEMAN**
>**TN BAR NO.: 11892**
>Federal Defenders
>Middle District of Alabama
>201 Monroe Street, Suite 407
>Montgomery, Alabama 36104
>TEL: (334) 834-2099
>FAX: (334) 834-0353
>E-Mail: Christine_Freeman@fd.org