IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO: 3:07-cr-317-WKW |
| | ) |
| ROBERT DOUGLAS BARNETT | ) |

## **ORDER**

Upon consideration of Defendant's Motion to Suppress (Doc. #10), it is hereby

ORDERED that a hearing in this cause be set for 7 February 2008, at 10:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, One Church Street, Montgomery, Alabama. It is further

ORDERED that the government shall file their response to the motion **on or before 4 February 2008**.

The Clerk is directed to provide a court reporter for this proceeding.

DONE this 15th day of January, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE