IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:07cr317-WKW |
| | ) | |
| ROBERT DOUGLAS BARNETT | ) | |

**ORDER**

Based upon this court's order resetting the trial in the above-styled case from March 10, 2008 to July 21, 2008 and for good cause, it is

ORDERED that the parties shall appear for a pretrial conference on June 30, 2008 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 24th day of January, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE