IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO: 3:07-cr-317-WKW |
| ) | |
| ROBERT DOUGLAS BARNETT ) | |

## **ORDER**

Upon consideration of Defendant's Motion to Permit Late Filing (Doc. #11), and the District Court's granting of Defendant's Motion to Continue Trial (Doc. #15), it is

ORDERED that the Motion (Doc. #11) is GRANTED. A hearing in this cause is set for 7 February 2008, at 10:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, One Church Street, Montgomery, Alabama.

DONE this 25th day of January, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE