IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No.: 3:07-cr-317-WKW |
| ) | |
| ROBERT DOUGLAS BARNETT ) | |

## **ORDER**

On 7 February 2008, a hearing was held on Defendant's Motion to Suppress Statements and Materials (Doc. #10). At that hearing, the parties requested time to file post hearing briefs on the issue of whether any statements made by Defendant prior to the time he was placed in police custody, should be suppressed. Therefore, it is

ORDERED that Governement shall file any post hearing briefs **on or before 15 February 2008**. It is further

ORDERED that Defendant shall file any response **on or before 22 February 2008**.

DONE this 8th day of February, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE