# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| V. | ) CASE NO: 3:07-CR-317-WKW |
| | ) |
| **ROBERT DOUGLAS BARNETT** | ) |

## MOTION TO PERMIT FILING

Comes the Defendant, by counsel, and respectfully requests permission to file his Objections to the Recommendation of the Magistrate Judge (Doc. 35). These objections were due by April 17, 2008 and were filed before the opening of the Clerk's office, on April 18, 2008. In support of this Motion, defendant would show that neither the Court nor any party will be prejudiced by a filing six hours out of time, and defense counsel was unable to timely complete the filing due to work and family obligations and computer difficulties.

WHEREFORE, Mr. Barnett respectfully requests that this Motion be granted.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353

E-Mail: **Christine_Freeman@fd.org**

## CERTIFICATE OF SERVICE

  I hereby certify that on April 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Nathan Stump, Assistant United States Attorney, 131 Clayton Street, Montgomery, AL.

           **s/Christine A. Freeman**
           **CHRISTINE A. FREEMAN**
           **TN BAR NO.: 11892**
           Federal Defenders
           Middle District of Alabama
           201 Monroe Street, Suite 407
           Montgomery, AL 36104
           TEL: (334) 834-2099
           FAX: (334) 834-0353
           E-Mail: Christine_Freeman@fd.org