IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) |
| --- | --- |
|  | ) |
| V. | ) CASE NO: 3:07-CR-317-WKW |
|  | ) |
| ROBERT DOUGLAS BARNETT | ) |

### MOTION TO PERMIT FILING

Comes the Defendant, by counsel, and respectfully requests permission to file his Objections to the Recommendation of the Magistrate Judge (Doc. 35). These objections were due by April 17, 2008 and were filed before the opening of the Clerk's office, on April 18, 2008. In support of this Motion, defendant would show that neither the Court nor any party will be prejudiced by a filing six hours out of time, and defense counsel was unable to timely complete the filing due to work and family obligations and computer difficulties.

WHEREFORE, Mr. Barnett respectfully requests that this Motion be granted.

Respectfully submitted,

s/Christine A. Freeman
CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353

**MOTION GRANTED**
THIS 18th DAY OF April, 2008
UNITED STATES MAGISTRATE JUDGE