IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 3:07-CR-317-WKW |
| | ) | |
| ROBERT DOUGLAS BARNETT | ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

COMES NOW the Defendant, **ROBERT BARNETT**, by and through undersigned counsel and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plea in front of a district judge and consents to do so before a magistrate judge.

There is no written plea agreement in this case. The parties have agreed that this plea is appropriately lodged as a conditional plea pursuant to F.R.Cr.P. 11(a)(2) and the parties have agreed that Mr. Barnett may reserve his right to have an appellate court review the adverse determination of Mr. Barnett's motion to suppress.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Robert Barnett
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Nathan Stump, Esquire, Assistant United States Attorney.

                                            **s/Christine A. Freeman**
                                            **CHRISTINE A. FREEMAN**
                                            **TN BAR NO.: 11892**
                                            Attorney for Robert Barnett
                                            Federal Defenders
                                            Middle District of Alabama
                                            201 Monroe Street, Suite 407
                                            Montgomery, AL 36104
                                            TEL:  (334) 834-2099
                                            FAX:  (334) 834-0353
                                            E-Mail: Christine_Freeman@fd.org