IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:07-cr-317-WKW |
| | ) | |
| ROBERT BARNETT | ) | |

## **ORDER**

Upon consideration of the United States' unopposed Motion for a Preliminary Order of Forfeiture (Doc. # 48), it is ORDERED that said motion is GRANTED.

Done this 19th day of August, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE