IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CASE NO. 3:07-cr-317-WKW |
| ) | |
| ROBERT DOUGLAS BARNETT ) | |

## ORDER

It is **ORDERED** that the sentencing hearing for defendant Robert Douglas Barnett is **CONTINUED** from October 15, 2008, to **October 29, 2008, at 10:00 a.m.,** in courtroom 2E of the Frank M. Johnson, Jr. U. S. Courthouse, One Church Street, Montgomery, Alabama.

DONE this 25th day of August, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE